IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL LOWE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:17-CV-01428-SCJ |
| METANOYA PROPERTIES, INC.;<br>SOUTHEASTERN APARTMENT<br>INVESTMENT & CORPORATION;<br>Z BEST PROPERTIES, LLC;<br>LISA ZOHOURY; and<br>ANDY ZOHOURY; | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to this legal action, including Plaintiff NATHANIEL LOWE and Defendants METANOYA PROPERTIES, INC., SOUTHEASTERN APARTMENT INVESTMENT & CORPORATION, Z BEST PROPERTIES, LLC, LISA ZOHOURY, and ANDY ZOHOURY, voluntarily stipulate to a dismissal of this legal action with prejudice. This dismissal fully includes all claims asserted or recoverable by any party in this legal action.

| | |
|---|---|
| /s/ *Louis R. Cohan* | /s/ *James W. Howard* |
| Louis R. Cohan | James W. Howard |
| Georgia Bar No. 190005 | Georgia Bar No. 370925 |
| Attorney for Plaintiff | Attorney for Defendants |
| COHAN LAW GROUP, LLC | THE HOWARD LAW FIRM, P.C. |
| 3340 Peachtree Road, N.E. | Suite 200, Kyleif Center |
| Suite 2570 | 1479 Brockett Road |
| Atlanta, GA 30326 | Tucker, Georgia  30084 |
| (404) 891-1770 | (770) 270-5080 |
| lcohan@cohanlawgroup.com | jhoward@howardfirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing *Stipulation of Dismissal With Prejudice* with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to counsel for the parties, including the following opposing attorneys of record:

    Louis R. Cohan, Esq.
    Cohan Law Group, LLC
    3340 Peachtree Road, N.E.
    Suite 2570
    Atlanta, GA 30326
    lcohan@cohanlawgroup.com

This 12th day of January, 2018.

                                                /s/ *James W. Howard*
                                                James W. Howard
                                                Attorney for Defendants
                                                Georgia Bar No. 370925

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
jhoward@howardfirm.com